RECEIVED
APR 13 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ERNEST PATTON<br>BOP #06498-112 | CIVIL ACTION NO. 2:14-cv-902<br>SECTION P |
| VERSUS | JUDGE TRIMBLE |
| C. MAIORANA | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED THAT** the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 13th day of April, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE